# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | |
| vs. ) | Criminal Action No. 08-00303-KD-C |
| ) | |
| DARLENE MCPHERSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Government's Motion to Dismiss Indictment against Defendant Darlene McPherson. (Doc. 19).

Having considered the motion, it is **ORDERED** that the Government's Motion to Dismiss is **GRANTED** (Doc. 19). Accordingly, it is further **ORDERED** that the indictment against Defendant Darlene McPherson is hereby **DISMISSED with prejudice**.[1]

**DONE** and **ORDERED** this the **6th** day of **May 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rule 48 of the Federal Rules of Civil Procedure govern dismissal of indictments and states that the "government may, with leave of court, dismiss an indictment, information, or complaint." FED. R. CIV. P. RULE 48(a).